IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANA GABRIELA CONTRERAS MADRIZ, Plaintiff, vs. UR JADDOU, Director of United States Citizenship and Immigration Services, Defendant. | 8:25CV257 ORDER ON VOLUNTARY DISMISSAL |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 11. Plaintiff states that the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing 11 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 11, is accepted, Defendant's Motion to Dismiss, Filing 5, is denied as moot, and this case is dismissed in its entirety.

The Clerk of Court shall administratively close the case.

Dated this 20th day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1